**A. D. Fell, Administrator, Plaintiff in Error, v. Chicago Building & Special Construction Company and Oscar S. Eiger, Defendants in Error.**

**Gen. No. 19,664. (Not to be reported in full.)**

Error to the Circuit Court of Cook county; the Hon. CHARLES M. WALKER, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1913. Affirmed. Opinion filed June 9, 1914.

### Statement of the Case.

The facts in this case have been considered in the opinion filed in *Fell v. Chicago Building & Special Construction Co.*, p. 286, *ante,* both cases having arisen out of the same accident. The decision in that case *held* controlling.

BITHER, GOFF & FRANCIS, for plaintiff in error.

ADLER & LEDERER, for defendants in error.

MR. JUSTICE CLARK delivered the opinion of the court.

*See Illinois Notes Digest, Vols XI to XV, and Cumulative Quarterly, same topic and section number.